[No. 29882-1-II.   Division Two.   April 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY L. JACKSON, *Appellant*.

*In the Matter of the Personal Restraint of* RODNEY L. JACKSON.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-1-01582-8, Richard D. Hicks, J., entered January 22, 2003, together with a petition for relief from personal restraint. Judgment *affirmed in part*, and *reversed in part*, case *remanded*, and petition *dismissed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 29948-8-II.   Division Two.   April 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WAKINYAN WASTE HOKSIDA, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 03-1-00037-4, H. John Hall, J., entered February 6, 2003. *Affirmed* by unpublished per curiam opinion per Hunt, J., concurred in by Morgan, A.C.J., and Houghton, J.

[No. 29950-0-II.   Division Two.   April 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY L. STEPHENS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 95-1-00365-6, James B. Sawyer II, J., entered February 6, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Houghton, J.